

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| FRANCIS O'DAY and STUART MOSKOWITZ, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>NASSAU COUNTY, NASSAU COUNTY SHERIFF'S DEPARTMENT, DIVISION OF CORRECTION, JOSEPH JABLONSKY, Nassau County Sheriff, and JANE/JOHN DOES Nos. 1-200,<br>　　　　　　　　　　Defendants. | CV 99-2844 (DRH) (ARL)<br><br>FILED<br>IN CLERK'S OFFICE<br>U S DISTRICT COURT E.D.N.Y<br>★　JUL - 5 2005　★<br>LONG ISLAND OFFICE |

-------------------------------------------------------------x

| | |
|---|---|
| GARDY AUGUSTIN, HEIDI KANE, MARY KATHERINE PUGLIESE, GREGG WILLS, STEVEN ROTH, OSCAR AVELAR, RALPH DiLIELLO, et al, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>JOSEPH JABLONSKY, individually and as Nassau County Sheriff, JOHN AND JANE DOES NO. 1-100, and COUNTY OF NASSAU, a municipal corporation,<br>　　　　　　　　　　Defendants. | CV 99-3126 (DRH) (ARL)<br><br>**FINAL JUDGMENT**<br>FILED<br>IN CLERK'S OFFICE<br>U S DISTRICT COURT E.D.N Y<br>★　JUL - 5 2005　★<br>LONG ISLAND OFFICE |

-------------------------------------------------------------x

| | |
|---|---|
| JOHN IAFFALDANO, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　Plaintiff,<br>v.<br>THE COUNTY OF NASSAU, THE NASSAU COUNTY SHERIFF'S DEPARTMENT, DIVISION OF CORRECTIONS, and JOSEPH P. JABLONSKY, Sheriff of Nassau County,<br>　　　　　　　　　　Defendants. | CV 99-4238 (DRH) (ARL) |

-------------------------------------------------------------x

DENIS R. HURLEY, U.S.D.J.:

In accordance with the terms of the Stipulation of Settlement entered in open court between all parties on January 5, 2005 and subsequently reduced to writing and executed by the Parties on or about May 17, 2005 and "So Ordered" by this Court on July 5, 2005, final judgment will be entered in favor of the ten individual plaintiffs in the three consolidated cases against defendants County of Nassau and Joseph Jablonsky, jointly and severally, in the aggregate amount of $350,000 in compensatory damages for personal injury. Plaintiffs have requested that the $350,000 in damages be distributed evenly among the ten individual plaintiffs. Defendants have no objection to this distribution. The parties agree that the $35,000 in compensatory damages received by each individual plaintiff in no way reflects a concession by defendants that the amount received is the actual value of any such claim made now or in the future.

The Clerk is hereby directed to enter final judgment for each of the individual plaintiffs against defendants County of Nassau and Joseph Jablonsky, jointly and severally, as follows: Francis O'Day - $35,000; Stuart Moskowitz - $35,000; Gardy Augustin - $35,000; Heidi Kane - $35,000; Mary Pugliese - $35,000; Gregg Wills - $35,000; Steven Roth - $35,000; Oscar Avelar - $35,000; Ralph DiLiello - $35,000; and John Iaffaldano - $35,000.

In accordance with the terms of the Stipulation of Settlement, plaintiffs' claims for

attorneys' fees and costs are expressly reserved and preserved until after the resolution of

plaintiffs' appeal as of right to the Second Circuit of the denial of class certification.

    Clerk to enter judgment.
    SO ORDERED.

                                      DENIS R. HURLEY, U.S.D.J.

Dated: ~~New York, New York~~
       ~~June __, 2005~~
       July 5, 2005
       CENTRAL ISLIP, N.Y.